Lewis R. HEIM, Plaintiff-Appellant, v. The TORRINGTON COMPANY, Defendant-Appellee.

No. 231.

Circuit Court of Appeals, Second Circuit.
May 17, 1943.

Lewis R. Heim and Blair, Curtis & Hayward, all of New York City (Robert S. Blair, John C. Blair, and James L. Black, Jr., all of New York City, of counsel), for appellant.

Herbert H. Porter and Eugene G. Mason, both of Washington, D. C. (T. Clay Lindsey, of Hartford, Conn., of counsel), for appellee.

Before SWAN, CLARK, and FRANK, Circuit Judges.

PER CURIAM.
Decree affirmed on the opinion below, 50 F.Supp. 500.

NEW YORK TRAP ROCK CORPORATION, as Owner of the Scow E. B. KARR, Libellant-Appellee, v. The Diesel Tug DYNAMIC, Conners Marine Co., Inc., Claimant-Appellant.

No. 281.

Circuit Court of Appeals, Second Circuit.
May 17, 1943.

Mahar & Mason, of New York City (Frank C. Mason, of New York City, of counsel), for appellant.

Hagen & Eidenbach, of New York City (Henry C. Eidenbach, of New York City, of counsel), for appellee.

Before SWAN, CLARK, and FRANK, Circuit Judges.

PER CURIAM.
Decree affirmed on opinion below, 50 F. Supp. 507.

In the Matter of Daniel AMDUR, Bankrupt. B. SIEGEL, Claimant, Appellant, v. Charles TERRY, Trustee in Bankruptcy of Daniel Amdur, Bankrupt.

No. 8318.

Circuit Court of Appeals, Third Circuit.
Argued July 6, 1943.
Decided July 12, 1943.

Morris A. Glazier, of Wilkes-Barre, Pa. (E. F. McGovern, of Wilkes-Barre, Pa., on the brief), for appellant.

Morris M. Wexler, of Philadelphia, Pa. (Wexler & Weisman, of Philadelphia, Pa., and Robert J. Doran and Reynolds & Reynolds, all of Wilkes-Barre, Pa., on the brief), for appellee.

Before BIGGS, DOBIE, and GOODRICH, Circuit Judges.

PER CURIAM.
The judgment of the court below is affirmed.

ESTATE of Warren F. BLEECKER, Deceased, Eleanor C. Warren, formerly Eleanor C. Bleecker, Executrix, v. COMMISSIONER OF INTERNAL REVENUE.

No. 2517.

Circuit Court of Appeals, Tenth Circuit.
Feb. 20, 1943.

Frank L. Moorhead, of Boulder, Colo., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.
Judgment, 45 B.T.A. 707, affirmed pursuant to stipulation, on authority of Cheley v. Commissioner of Internal Revenue, 10 Cir., 131 F.2d 1018, decided November 4, 1942.